IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-02465-WDM-KMT

HAROLD HARLOW,

    Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

    Defendant.

## ORDER ON UNOPPOSED MOTION FOR ENTRY OF JUDGMENT

Miller, J.

    This matter is before me on the Unopposed Motion for Entry of Judgment for the Plaintiff and Against the Defendant (Docket No. 10), filed by Plaintiff. According to Plaintiff, the parties reached a settlement and filed notice with the court on December 9, 2009. Docket No. 8. Pursuant to the settlement, Defendant was to pay Plaintiff the amount of $4,750.00 by December 28, 2009. The settlement agreement further provided that if Defendant failed to make payment, Plaintiff was authorized to file an unopposed motion for judgment in the amount of the settlement, plus post-judgment interest. A copy of the settlement agreement, signed by both parties, has been submitted. Ex. A to Unopposed Motion (Docket No. 10-2). Defendant did not pay the settlement amount and so, in accordance with the agreement, Plaintiff now seeks entry of judgment.

    Plaintiff filed his motion on December 30, 2009. Defendant filed no response and has given no indication that it opposes the motion. I see no reason that judgment should not enter.

Accordingly, it is ordered:

1. The Unopposed Motion for Entry of Judgment for the Plaintiff and Against the Defendant (Docket No. 10) is granted.

2. Judgment in the amount of $4,750.00, plus post-judgment interest, shall enter against Defendant and in favor of Plaintiff.

3. The parties shall pay their own costs and attorneys' fees.

DATED at Denver, Colorado, on January 26, 2010.

                                        BY THE COURT:


                                        s/ Walker D. Miller
                                        United States District Judge